476 A.2d 61

Commonwealth v. Kelly, Appellant.
Petition for Allowance of Appeal
Denied July 13, 1984.

Submitted March 5, 1984. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgments of sentence affirmed.

476 A.2d 61

Commonwealth v. Manuella, Appellant.
Petition for Allowance of Appeal
Denied Sept. 20, 1984.

Argued March 14, 1984. William P. James, for appellant; Michael Clarke, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WIEAND and CIRILLO, JJ.

Judgment of sentence affirmed.